

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Benavidez;HeatherBenavidez;J.C.B. a minor by and through their Guardian Ad Litem Diana Benavidez ;A.J.B. a minor by and through their Guardian Ad Litem Diana Benavidez **Plaintiff,**<br><br>V.<br><br>County of San Diego;Polinksy Children's Center;San Diego Heath and Human Services Agency;San Diego Heath and Human Services Agency;Jennifer Lisk;Benita Jemison;DOES 1 through 50  inclusive **Defendant.** | Civil Action No.   18cv0558-CAB-AGS<br><br><br>**AMENDED**<br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

1. The motion to dismiss is GRANTED with respect to the first claim in the SAC on the grounds that Lisk and Jemison are entitled to qualified immunity;
2. The motion to dismiss is GRANTED with respect to the second claim in the SAC because Plaintiffs have failed to allege a direct causal link between a County policy, custom, or practice and the alleged constitutional violations; and
3. Because Plaintiffs have already amended their complaint twice and any further amendments would be futile, the SAC is DISMISSED WITH PREJUDICE.
It is SO ORDERED.

**Date:**         2/15/19

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Hazard

A. Hazard, Deputy