UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BENAVIDEZ, HEATHER BENAVIDEZ, J.C.B. a minor, and A.J.B. a minor,<br><br>                            Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO et al.,<br><br>                            Defendants. | Case No.: 3:18-cv-0558-CAB-(AGS)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO APPROVE MINORS' SETTLEMENT**<br><br>[Doc. Nos. 52, 54] |

      Petitioners John and Heather Benavidez, parents of Plaintiffs J.C.B. and A.J.B., who are minors, seek the Court's approval of J.C.B.'s and A.J.B.'s interests in a settlement of this action. [Doc. No. 52.] Their petition is unopposed. Magistrate Judge Andrew G. Schopler has filed a report and recommendation ("R&R") that the Court approve the settlement. [Doc. No. 54.] Judge Schopler's R&R set a deadline of February 28, 2022, for any objections to be filed. No objections were filed.

      Federal Rule of Civil Procedure 72 and 28 U.S.C. § 636(b)(1) set forth the district court's duties concerning a magistrate judge's report and recommendation. The district court judge may accept, reject, or modify, in whole or in part, the magistrate judge's findings and recommended disposition. Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1).

Section 636 "makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise. . . . Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*emphasis* in original). "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note (citing *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974)).

Here, upon review of the petition for approval and supporting documents, along with the entire record in this case, the Court is satisfied that approval of the settlement with respect to the minor plaintiffs is warranted, and that there is no clear error on the face of the record or in Judge Schopler's R&R that the Court approve the settlement. Accordingly, the Court **ADOPTS** the R&R and **GRANTS** the petition to approve J.C.B.'s and A.J.B.'s interests in the settlement of this case. J.C.B.'s and A.J.B.'s shares of the settlement shall be distributed as described in the petition [Doc. No. 52 at ¶ 17] and declaration of Plaintiffs' counsel [Doc. No. 52-1 at ¶ 28].

It is further **ORDERED** that the parties shall jointly move to dismiss this case on or before **April 18, 2022**.

It is **SO ORDERED.**

Dated: March 2, 2022

Hon. Cathy Ann Bencivengo
United States District Judge